JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVIS, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendant. | Case No.: 2:25-cv-06286-MAA<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Judge:    Hon. Maria A. Audero |

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATE: 09/19/2025

_____
United States Magistrate Judge
Central District of California

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**

# **CERTIFICATE OF SERVICE**

    I hereby certify that on September 17, 2025, I filed the foregoing document entitled **ORDER ON STIPULATION TO REMAND CASE TO STATE COURT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____
Eleazar D. Kim